David G. Scott
Law Office of David G. Scott, PLLC
142 Washington NW
Camden, Arkansas 71701
870-836-0948
870-836-6179 Fax
david@davidgscott.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates to: | |
| Brian Scogin, individually, Plaintiff<br>v.<br>Pfizer, Inc., Pharmacia Corp., and G. D. Searle, LLC (FKA G. D. Searle & Co., Defendants.<br>Case No. 3:08-cv-00794-CRB | **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF WITH PREJUDICE** |

Come now Plaintiff Brian Scogin, and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a), and

hereby stipulate to the dismissal of these actions with prejudice, with each side

bearing its own attorneys' fees and costs.

DATED: September 28, 2009           By: _____

Law Office of David G. Scott, PLLC
142 Washington NW
Camden, Arkansas 71701
870-836-0948
870-836-6179 Fax
Attorneys for Plaintiffs

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**Case No. MDL NO. 1699**

DATED: March 11, 2010        By: _____

                                               DLA PIPER LLP (US)
                                               1251 Avenue of the Americas
                                               New York, New York  10020
                                               Telephone: (212) 335-4500
                                               Facsimile: (212) 335-4501

                                               *Defendants' Liason Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION.**

**IT IS SO ORDERED.**

DATED: April 5, 2010        _____
                                               Hon. Charles R. Breyer
                                               United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**Case No. MDL NO. 1699**